# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Victor Olandus Moultry, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17cv566-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Erik A. Hooks, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2018 Order.

June 22, 2018

Frank G. Johns, Clerk
United States District Court